| United States District Court | DISTRICT<br>Eastern District of Pennsylvania | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JAMES PARKER | DOCKET NO. | |
| | MAGISTRATE'S CASE NO.<br>16-860 | |

Complaint for violation of Title 18, United States Code, Sections 1951(a) and 924(c).

| NAME OF JUDGE OR MAGISTRATE<br>Honorable Timothy R. Rice | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>May 15, 2016 | PLACE OF OFFENSE<br>Philadelphia, Pennsylvania | ADDRESS OF ACCUSED (if known) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

1.    On or about May 15, 2016, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant James Parker obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by robbery, in that defendant James Parker took and obtained property, that is, $8,000 in United States currency, from an employee of the Tavern on Broad, 200 South Broad Street in Philadelphia, Pennsylvania, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property, that is, by using a firearm to threaten and control the employee and steal the proceeds of the business, in violation of Title 18, United States Code, Section 1951(a).

2.    On or about May 15, 2016, in Philadelphia, Pennsylvania, defendant James Parker knowingly used and carried a firearm during and in relation to a crime of violence, that is, robbery which interferes with interstate commerce, in violation of Title 18, United States Code, Section 1951, as charged above, and brandished that firearm, in violation of Title 18, United States Code, Section 924(c).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Special Agent Dominic Raguz<br>Bureau of Alcohol, Tobacco, Firearms and Explosives |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE [1]<br>Honorable Timothy R. Rice, United States Magistrate Judge | DATE<br>July 7, 2016 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

## AFFIDAVIT

I, Dominic Raguz, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as ATF), being duly sworn, state as follows:

1.      I am employed as a Special Agent with ATF and have been so employed since 2015.   I am currently assigned to the ATF Violent Crimes Task Force, a specialized enforcement group whose responsibilities include the investigations of individuals and groups who commit violations of federal firearms and narcotics laws such as Hobbs Act robberies, kidnapping and other firearms-related offenses.   The information contained in this affidavit is based on my own personal knowledge as well as that of my fellow investigators, police reports and information provided to me by other law enforcement personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known to me concerning this investigation.   Rather, I have set forth only those facts and circumstances that I believe establish probable cause for the issuance of an arrest warrant for James PARKER, the primary subject of my investigation.

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant for James PARKER, for violations of Title 18 U.S.C. §1951 (Hobbs Act Robbery) and 924(c) (Using or carrying a firearm during and in relation to a crime of violence).

## PROBABLE CAUSE

3.      On May 15, 2016 at approximately 1:00 a.m., the victim "J.M.," the general manager for a business named Tavern on Broad Restaurant[1], located at 200 South Broad Street in Philadelphia, Pennsylvania, was alone and working in the basement office at the same location.

---

1 Tavern on Broad is a restaurant and bar that receives food and beverages from outside the Commonwealth of Pennsylvania, and therefore, its business operation affects interstate commerce.

A male, who wore a brown hooded zip-up sweatshirt and a black stocking-like mask, emerged from just outside the office and pressed a gun into the back of J.M.'s head.   As J.M. turned toward the male and grabbed the barrel of the gun, the male began to repeatedly strike J.M. in the face and head until J.M. fell to the ground. The male then threw a bag on the ground next to J.M. and told him to place the money (that is proceeds from that night's sales and previous night's sales) inside the bag or he [the male] would kill him.   J.M. consequently opened up a large safe, which was located inside J.M.'s office, and placed approximately $8,000.00 in cash into the bag.

4.      The suspect then instructed J.M. to open a smaller safe, which was also located in the same office.   J.M. however, informed the male that J.M. needed a key to open it. The suspect then picked up J.M. off the ground and directed him to a nearby filing cabinet in the same office to retrieve the key needed to open the smaller safe.   The key, however, was not inside the drawer in the filing cabinet.   The suspect then placed duct tape over J.M.'s mouth and threatened J.M. against summoning the police or attempting to leave.   The suspect then fled by taking a service elevator to the loading dock outside and walking through the alleyway towards South 15th street.

5.      J.M. subsequently advised investigators that he recognized the suspect's voice, which is very distinctive, as James PARKER[2], who at the time was employed as a member of the kitchen staff[3].   J.M. also stated that only his employees who have regular access to his office would have intimate knowledge of the configuration of the basement level of the business, its offices, the location of the loading dock and exits and the fact that the key needed to unlock the smaller safe was typically maintained in that specific filing cabinet.

6.      My investigation determined that PARKER, who was in fact working on the same

---

2 PARKER has a criminal record whose convictions include robbery and aggravated assault.
3 As a result of the robbery, the company has suspended PARKER pending the outcome of the investigation.

night of the robbery, actually "clocked out" at approximately 12:11 a.m. and told investigators that he had arrived to begin his shift at about 2:30 p.m. on May 14, 2016.   In his interview with police investigators on the day following the robbery, PARKER claimed to have left work immediately after clocking out, changed out of his work clothes, and walked directly to the Southeastern Pennsylvania Transportation Authority (SEPTA) Route 23 bus stop near Tavern on Broad to travel to his girlfriend "Erica's" house[4].   PARKER stated that he arrived at Clark's house at approximately 1:00 a.m. and added that when he left work, he was wearing sneakers, jeans, and a [Los Angeles] "Lakers" shirt. PARKER provided his cellular telephone number; 215-852-8409.

7.    As part of my investigation, I also obtained video surveillance recordings from Tavern on Broad.   On the recording from May 14, 2016, the day before the robbery, a male, appearing to be PARKER, walks toward the kitchen inside Tavern on Broad at approximately 2:35 p.m.   He is wearing an L.A. Lakers shirt, jeans, and white sneakers.   A subsequent recording during the early morning hours of May 15, 2016, depicts the suspect leaving the building through a service elevator to the loading dock, and then out through the alleyway to 15th Street. The recording shows the suspect wearing a brown sweatshirt with the hood up, dark colored pants, white sneakers and an L.A. Lakers shirt.

8.    On May 25, 2016, agents interviewed "J.H.," the kitchen manager for Tavern on Broad. J.H. viewed a portion of the surveillance footage described above, namely the footage of the male leaving the basement level of the restaurant, and informed agents, "...that's him, that's James [PARKER]." J.H. informed investigators that he has seen PARKER previously wear all

---

4 Erica is Erica CLARK.  I have reviewed surveillance video obtained from SEPTA for the Route 23 buses for May 15, 2016 from approximately 12:00 a.m. to 1:00 a.m.   These video recordings capture the interior of the buses. Contrary to his assertion, investigators have not been able to identify PARKER in any of the surveillance videos during the time frame he indicated he boarded his bus.

white Adidas sneakers, which are depicted on the video.    J.H. also recognized the bag the suspect was carrying to be the same bag that he has seen PARKER bring to work on several occasions. J.H. identified phone number (215) 852-8409 as the cell phone number he has used to contact James PARKER prior to and after the robbery on May 15, 2016[5].

9.    I have reviewed multiple video recordings pertinent to this investigation. Video surveillance of the robbery that occurred inside the basement office in Tavern on Broad depicted the suspect wearing a brown hooded zip-up sweatshirt with the hood up, and carrying a handgun resembling a revolver. Video surveillance of the service elevator[6] depicts the suspect entering the elevator while wearing a brown hooded zip-up sweatshirt with the hood up, dark colored pants, and white sneakers. The suspect was carrying a revolver in one hand, and a blue shopping bag with white lettering that included the word "Jazz," in his other hand. Further video surveillance shows the suspect walking down an alley connected to the loading dock wearing the same sweatshirt described above.    In this same video recording, the suspect can be seen removing his sweatshirt – and in so doing, revealing an L.A. Lakers shirt with the number "24" on both the front and back. Other video surveillance shows different angles of the suspect, all of which depict a male appearing to be James PARKER.

10.    I have also obtained and analyzed call detail records or "CDRs" and cell site data for PARKER's cellular telephone, (215) 852-8409.    My analysis of the CDRs for PARKER's cell phone revealed that PARKER received an incoming telephone call at approximately 12:53 a.m. on the night of the robbery[7].    The corresponding cell site data disclosed that PARKER's cell phone

---

5 ATF agents interviewed PARKER on May 26, 2016 who provided the same cell phone number; 215 852-8409.
6 The service elevator connects the basement of Tavern on Broad to the loading dock which is located in an alleyway behind Tavern on Broad. The alleyway connects to 15th Street.
7 Video footage from a surveillance camera taken from a location near Tavern on Broad depicts the male, who

4

activated a cell tower located at or near Broad and Sansom Streets in center city.    Tavern on Broad is located approximately one block north of Sansom Street.    This activation therefore places PARKER's cell phone at or near Center City Philadelphia – and not in North Philadelphia as he had initially stated to police.

---

appears to be PARKER, holding the blue bag with the white lettering in one hand and a cellular phone in the other.

## **CONCLUSION**

28.     Based on the foregoing, your affiant avers there is probable cause to believe that

James PARKER committed the crimes outlined in this affidavit, namely Hobbs Act Robbery and

Using and carrying a firearm during and in relation to a crime of violence.   Accordingly, I

respectfully request an arrest warrant to be issued for James PARKER.


Dominic Raguz
Special Agent
ATF


Sworn to and subscribed before me this

_____ day of July, 2016.


HONORABLE TIMOTHY R. RICE
UNITED STATES MAGISTRATE JUDGE

6